IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

CHRISTOPHER EUGENE GOSS,       :

    Debtor, Appellant,         :

    v.                      :       CIVIL ACTION NO.
                            :       1:18-cv-04877-AT

S. GREGORY HAYS, UNITED STATES  :
TRUSTEE DANIEL M. MCDERMOTT,  :

                            :       BANKR. CASE NO.
    Appellees.               :       17-71027-PMB

:

:

:

:

## <u>ORDER</u>

This Court directed Appellant, Christopher E. Goss, Sr. to pay the required filing fee for his appeal or submit an application to proceed *in forma pauperis* by November 21, 2018 [Doc. 3]. However, Appellant failed to do so.

Accordingly, this appeal is **DISMISSED WITHOUT PREJUDICE** for want of prosecution.

**SO ORDERED,** this 27th day of November, 2018.

_____
**AMY TOTENBERG**
**UNITED STATES DISTRICT JUDGE**